# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACQUELINE WHITFIELD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2843** |
| **SAHUQUE REALTY COMPANY, INC ET AL** | **SECTION "O"** |

## CONDITIONAL ORDER OF DISMISSAL

United States Magistrate Judge Currault has informed the Court that this case settled following a February 11, 2025, settlement conference.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 12th day of February, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 49.